[No. 4076–II.   Division Two.   April 22, 1981.]

BAY INDUSTRY, INC., *Appellant,* v. FRED C. EDWARDS,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 9308, Gerald B. Chamberlin, J., entered April 23, 1979. *Affirmed* by unpublished opinion per Petrie, A.C.J., concurred in by Pearson and Petrich, JJ.

[No. 4162–II.   Division Two.   April 22, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY OLIVER SNOW, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–270, John H. Kirkwood, J., entered June 15, 1979. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Pearson, J.

[No. 4495–II.   Division Two.   April 22, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ALFRED K. POULSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 10243, J. Dean Morgan, J., entered December 10, 1979. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Pearson, J.

[No. 3993–5–III.   Division Three.   April 23, 1981.]

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Appellant,* v. BONNIE J. REID, *Respondent.*

Appeal from a judgment of the Superior Court for Whitman County, No. 28554, Philip H. Faris, J., entered April 25, 1980. *Affirmed in part* and *reversed in part* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.